PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
JUN 02 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:

The SUBJECT DEVICES described in Attachment A Items 1 through 29, Currently located at the Internal Revenue Service- Criminal Investigation in Sacramento, California located at 4330 Watt Avenue, Sacramento, CA 95821

CASE NO. 2:13-SW-626 CKD

[~~PROPOSED~~] ORDER REGARDING MOTION TO UNSEAL SEARCH WARRANT MATERIALS

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and redacted application are unsealed. The original, unredacted application shall remain under seal. The government may produce an unredacted copy of the sealed application to defense counsel in *United States v. Pamela Dawn Pierson*, No. 2:16-cr-106-KJM.

DATED: 6/2/2016

Hon. Carolyn K. Delaney
United States Magistrate Judge

1